JUDGE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| *Plaintiff,* ) ) | NO. CR05-222C |
| v. ) ) | **STIPULATION AND ORDER** |
| JASON CORY PROUT, ) ) | **CONTINUING TRIAL DATE** |
| *Defendant.* ) ) | |
| _____ ) | |

Plaintiff United States of America and defendant JASON CORY PROUT, by and through their respective undersigned counsel of record, hereby stipulate and agree to continue the trial date for defendant PROUT from October 17, 2005, to November 14, 2005. This continuance is requested, and required in the interest of justice, for the following reasons.

This case involves the alleged smuggling of ephedrine and ecstasy tablets from British Columbia, Canada into the United States in pallets of grass seed. The government's investigation is ongoing. The parties have been engaged in serious plea negotiations, which we expect will result in the disposition of this cause without the need for a trial. However, defense counsel for PROUT will be out of the country from September 20, 2005, through October 7, 2005, and it will not be possible to enter a plea prior to September 20. One of the remaining defendants has already entered a guilty plea, and the government believes that the two remaining defendants (other then PROUT) will resolve their cases prior to the current trial date of October 17, 2005. In order to give

PROUT and the government sufficient time to resolve the few remaining issues once counsel returns, the parties request a continuance of approximately three weeks.  There has been one prior continuance.  Defendant PROUT will file a Waiver of Speedy Trial through November 21, 2005.

      DATED this ___ day of September, 2005.

                                         RICHARD J. TROBERMAN, P.S.

                                         By:_____
                                              RICHARD J. TROBERMAN
                                              WSBA #6379
                                              Attorney for Defendant
                                              Jason Cory Prout

                                         JOHN McKAY
                                         United States Attorney

                                         By: _____
                                            MIKE LANG
                                            Assistant U.S. Attorney

**ORDER**

Based upon the above stipulation of the parties, and for the reasons set forth therein, the Court finds that, pursuant to 18 U.S.C. §§3161(h)(8)(A), (B)(i) and (ii), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from this continuance shall be excluded in computing the time within which the trial of this matter must commence.  Accordingly,

IT IS HEREBY ORDERED that, subject to defendant PROUT filing A Waiver of Speedy Trial, the trial date for defendant PROUT is continued from October 17, 2005, to November 14, 2005.

DATED this 23rd day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE